UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 11-2804-DMG (PLAx)** | Date | June 18, 2012 |
|---|---|---|---|

| Title | ***Ana M. Hanson, et al. v. McKinney Drywall, Inc., et al.*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE WHY SANCTIONS
SHOULD NOT BE IMPOSED**

On April 10, 2012, this Court, upon the stipulated request of the parties, extended certain of the pretrial and trial deadlines, including extending to June 5, 2012, the deadline to file a Proposed Pretrial Conference Order, Pretrial Exhibit Stipulation, Joint Exhibit List and Witness Lists. [Doc. # 41.] The parties have failed, however, to file any of these pretrial documents and are evidently not prepared to proceed with the Final Pretrial Conference or to trial.

Accordingly, IT IS ORDERED that all counsel shall show cause in writing no later than June 25, 2012, why sanctions should not be imposed for their failure to timely comply with this Court's order. The June 19, 2012 Final Pretrial Conference is hereby VACATED.

IT IS SO ORDERED.