ROTHNER, SEGALL & GREENSTONE
ANTHONY R. SEGALL (CSB No. 101340)
MICHELE SHERER ANCHETA (CBS No. 192039)
E-mail: mancheta@rsglabor.com
510 South Marengo Avenue
Pasadena, California 91101-3115
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

Attorneys for Plaintiffs

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANA M. HANSON, for and on behalf of Southern California Painting & Drywall Industries Health & Welfare Fund, Southern California Painting & Drywall Industry Vacation Trust Fund, Southern California Painting and Decorating Labor Management Cooperation Committee Trust Fund, and Southern California Painting & Drywall Industries Apprenticeship Trust Fund; and GARY J. MEYERS, for and on behalf of International Painters and Allied Trades Industry Pension Fund ("IUPAT Industry Pension Fund"),<br><br>    Plaintiffs,<br><br>  v.<br><br>McKinney Drywall, Inc.; Gary McKinney, an individual; HardRock Wallboard, Inc.; and DOES 1-10,<br><br>    Defendants. | CASE NO.  CV 11-2804-DMG (PLAx)<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE [46] |

-1-

Having reviewed the Stipulation to Dismiss this action, and good cause appearing,

IT IS HEREBY ORDERED that Case No. CV 11-02804-DMG (PLAx) is hereby dismissed without prejudice. The Order to Show Cause, dated June 18, 2012, is discharged.

DATED: June 26, 2012

DOLLY M. GEE
United States District Judge